## Hessler *v.* Suburban Propane Nat-Gas Company of Pa., Appellant.

Argued November 21, 1960.   Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Thomas E. Comber, Jr.,* with him *John J. Runzer,* and *Pepper, Hamilton & Scheetz,* for appellant.

*Langdon W. Harris, Jr.,* with him *Harris, Hammond and Harris,* for appellees.

OPINION PER CURIAM, January 4, 1961:
The judgment is affirmed.

## Prager *v.* Warren, Appellant.

Argued November 21, 1960.   Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.